FILED
2026 Apr-13  PM 04:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE THOMAS ROGERS,** et al., | } } } } } |
| **Plaintiffs,** | } } **Case No. 2:26-cv-222-ACA** |
| v. | } } } |
| **STATE OF ALABAMA, et al.,** | } } |
| **Defendants.** | } |

## MEMORANDUM OPINION

The court ordered Plaintiff Frankie Thomas Rogers to show cause why the court should not dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(ii)–(iii). (Doc. 13). The deadline to respond to that order has passed without response. (*See id.* at 5). Accordingly, for the reasons stated in the order to show cause, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to state a claim and for seeking damages against immune defendants under 28 U.S.C. § 1915(e)(2)(ii)–(iii).

**DONE** and **ORDERED** this April 13, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE